Name & Number: **Matt Killough #3222**
Attorney Pro Se
Utah State Prison
PO Box 250
Draper, Utah 84020

FILED
U.S. DISTRICT COURT

RECEIVED CLERK    2018 APR 18  A 11: 21

MAR 22 2018    DISTRICT OF UTAH

U.S. DISTRICT COURT    DEPUTY CLERK

---

IN THE UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
CENTRAL DIVISION

**Matt Killough**,
        Plaintiff,

vs.

**Bruce O Burnham, MD et al**;
JOHN DOES 1-10, employees at
Utah State Prison, individually,

        Defendants.

Case: **2:18-cv-00250**
Assigned To : **Waddoups, Clark**
Assign. Date : **3/22/2018**
Description: **Killough v. Burnham, et al**

CIVIL RIGHTS COMPLAINT AND
DEMAND FOR JURY TRIAL

Pursuant to 42 U.S.C. §1983

## JURISDICTION

1. Plaintiff **Matt Killough** is a citizen of Utah, who presently resides at the Utah State Prison, P.O. Box 250, Draper, Utah 84020.

2. Defendant **Bruce O. Burnham** is a citizen of Utah, and is employed as the **Medical Director** at the Utah State Prison for the Utah Department of Corrections. At the time the claim(s) alleged in this complaint arose, this defendant was acting under color of state law in that he/she is the **Medical Director** at the Utah State Prison for the Utah Department of Corrections and is directly responsible for the wrongful actions alleged herein.

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Matt Killough #3222

**DEFENDANTS**
Bruce O. Burnham MD, Alfred Bigelow, David Lombardi-EGLI, MD, Kennon Tubbs MD, Mike Haglund LCSW, Ra Deckle LCSW, Curtis Gonderson, Tony Washington Clinical Services Bureau Director, Level 3 Hearing Officer

**(b)** County of Residence of First Listed Plaintiff **Utah**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant A. Shane Watson
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**RECEIVED CLERK**
**MAR 22 2018**
**U.S. DISTRICT COURT**

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
PRO SE

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| | | | | | ☐ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☒ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 USC 1983
Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE 3-20-18
SIGNATURE OF ATTORNEY OF RECORD
Matt Killough, PRO SE

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____

Case: **2:18-cv-00250**
Assigned To: **Waddoups, Clark**
Assign. Date: **3/22/2018**
Description: **Killough v. Burnham, et al**

3. Defendant David Lambert Egli MD is a citizen of Utah, and is employed as the Mental health psychiatrist at Olympus Mental health at the Utah State Prison for the Utah Department of Corrections. At the time the claim(s) alleged in this complaint arose, this defendant was acting under color of state law in that he/she is the Mental health psychiatrist at Olympus Mental health for the Utah Department of Corrections and is directly responsible for the wrongful actions alleged herein.

4. Other Defendants by name and position, if known: David Lambert Egli MD, ~~Chris Abbott~~ PA, Kennon Tubbs MD, Mike Hoglund LCSW, John Gines, Roy Peckle LSCW, Curtis Gardener Hearing officer, ~~Debr Smith RN~~, Suzetta Mcphereson LSCW, Jason Jackman RN, Bruce O'Burnham MD, Tony Washington

5. Defendant John Does 1-10, whose true names are unknown and when true names are ascertained the pleadings will be amended accordingly, are citizens of Utah, and are employed at the Utah State Prison. At the time the claim(s) alleged in this complaint arose, these defendants were acting under color of state law in that they are employees for the Utah Department of Corrections and are directly responsible for wrongful actions alleged herein.

6. Jurisdiction is invoked pursuant to 28 U.S.C. §1343 (3); and 42 U.S.C. §1983.

### B. NATURE OF CASE (1).

Petitioner claims that the respondents are failing to adequately treat the petitioners serious mental health/medical conditions. Petitioner claims to have submitted HCR's forms to be seen by mental health providers and medical providers at the Draper USP CUCF who work for the Utah Department of Corrections and they refuse to adequately treat his mental health and medical conditions. Petitioner is being harrassed and retaliated against

2

I have also had psychiatrist Dr Burnham who has deliberately put false information in my medical records, he has refused to tell me results of labs as well as recommendations and outcomes of the E.R. room at G.V. Hospital in Gunnison Utah, this has happened more than once, one time he asked me "quote" what did they tell you at the hospital? I replied the Dr. asked me if I had been taking any aspirin and when I told her no she said to me because there was a high level of aspirin that showed up in your blood work. As soon as I said that Dr. Burnham slammed his left hand down on top of some papers very hard right next to his computer and replied to me in a very angry threatening voice, I know what they said, it's right here in these papers at which time he scared me and I replied I'm just trying to answer your question Sir, I'm not trying to argue with you, it was like he didn't even want me to know what was said that's all I can think. Petitioner does not know if he is receiving adequate treatment or not. I know the prison does not have to go by the recommendations of outside specialists or even from the E.R. room because I've been told this for yrs and I am still being told this by Dr. Burnham he has not to this day ever told me any recommendations from when I was sent to the E.R. in Gunnison UT. I had to send for these records and I found out one time I went to the E.R. they had stated that if I have chest pain I should be put on 24hr heart monitor by Drs not associated with the department of corrections or even from prison clinical staff. Plaintiff claims that information from the plaintiffs medical records have been violated his rights to hippa laws 1996 of health information privacy to where his medical and mental health records by Dr. Egll who is a psychiatrist at the department of corrections who has been known on numerous occasions to violate by allowing prison officers to read inmates confidential records including my own right in front of me. Some of these inmates are still in prison some are not but are willing to go to court if needed this is not a isolated incident. Dr. Tubbs also done the same thing with the plaintiffs medical & mental health records at the Draper facility with non medical staff a particular officer by the name of Bowman questioned Dr. Tubbs right in front of me about medical things that had nothing to do with safety or security of the institution the Dr even turned his computer at first toward me and told me to read what was on it when I told Dr. Tubbs that I did not have my glasses that was when he said shit to me and turned the computer back to himself and began to read them out loud there was no reason and I asked him not to please, there was no reason for the officers to be in there in the first place as I was already secured to the desk I was sitting in. These officers always harassed me, after this meeting I was told by officers when I said I was going to file a grievance that they were going to make my life hell I was scared and still am. Then officers Bowman stated you've been here long enough Killough you know how it works. Mike Hoglund who I told about all this & I had filed a grievance on is aware of these types of actions going on there for years & going on in Olympus mental health as well as population now to this day. So does Ray Peck Le a LCSW & Shumway LCSW I've also told lots of other therapist about this kind of stuff Blavis as well. I've never been told diabetes was or ever could be a side affect of seroquel and when I first asked Dr. Burnham if Seroquel can cause diabetes he laughed at me and said no this was when I seen him for the very first time in my life. I have never especially myself been told side affects of medications, not even now if I had been told I would of never had diabetes. I could of died. I beat it yrs later when I stopped taking the Seroquel I never needed this medication. Seroquel I was told by Curtis Gardner in 2014 that he checked the website of the FDA and that diabetes was not one of the side affects of Seroquel. I Trusted these people with my life to do whats right because they are put in this high legal position to uphold the law I trust these people not to lie to me God helpus out here at the hearing office if we cannot count on our keepers to keep us safe. In 2015 I received 716 pages from

B. Continued Page 3)

the FDA stating that diabetes, high cholesterol and low white blood count are all side affects of Seroquel I also have medical records that will show I had all these problems I was even told by Dr. Egli that they don't tell all of the inmate of the side affects that's a chance they take they don't explain side affects I was told that by dr. Tubbs also I still to this day have serious side affects and they are refusing to treat the side affect they caused by giving me seroquel I was told by dr. Blavis when I told him I was on 900mg of seroquel, wellbutrin and effexir when I was at max dose "quote" "Dr. Blavis told me word for word that he would of never ever put me on that much seroquel it was too much". side affects I still have are tics with my mouth and facial expressions won't go away my legs ache all the time and won't stop moving and I can't stand still and my feet feel like I'm walking on hot coals and needles all the time the prison refuses to treat those problems, I asked Dr. Burnham quote " could you please do some tests and tell me how bad my body has been messed up inside from having diabetes for so long, I have no pre existing problems in my whole life or family history of diabetes or illness

C. Cause of Action

(6.) Plaintiff alleges that the following Constitutional rights, privileges or immunities have been violated and that the following facts form the basis for the allegations:

(1). 1. Count 1: Plaintiffs Sixth Amendment and Liberty interests to equal protection are denied by the defendant based upon the following: Plaintiff has been denied a equal medical & mental health help and has brought it to the attention of Dr. Egli, Mike Haglund, Dr. K. Tubbs, Dr. Bruce Burnham MD, Dr. Blavis, Tony Washington

Continued

C. Cause of Action

ON 7-24-16 / AT

Dr. Burnham on one specific occasion I went to the E.R. at Gunnison Valley hospital because of chest pain on this date and time, it was professional recommendation that I'd be placed on a 24 hr holter monitor Dr. Burnham told me no he was not going to do it. the very next day for a follow up he also showed anger towards me when I asked him if I could please get the holter monitor as if the money was coming out of his pocket. This is a very bad ON going CONCERN. AND ON Feb. 11- 2018, I Was Told That as a part of This grivance witch is on DR. Burnham "Clinical Services has since met with staff and Re-emphasized the importance of Professionalism during Appointments. So This element of your grievance has been addressed internally by The bureau's OWN Leadership. I urge you to continue to Work with Medical staff for optimal treatment results." as of This day 2-25-2018 I still have Not been Seen for The Last Time I feel and hurt myself and Layed ON My Cell floor 2½ To 3 hours the Officer's Would walk by dring There late Night chacks but They where Walking so fast even With me Waveing my hand just keep going. I finly made in it To my bunk This truely goes on too.   Please I cannot Legal help from the Contract Attorney's at The Prison Will you all Look at The Nature of Case part of this Complant as I Thank I put most of what ya'll are asking me here in That part.

2. Count II: Plaintiffs Eyghth Amendment and Liberty Interests to be free from cruel and unusual punishment have been violated by Defendants actions in that —

Defendants Tony Washington, Dr. Burnham, Dr. Egli, Dr. Blavis Dr. Tubbs and Mike Hoglund wouldn't let me go to Olympus mental health even after a psychiatrist ordered me to be transferred to Olympus Mike Hoglund refused to send me in 2010 and even told the doctor the reason Mike Hoglund was not going to let me go back over to olympus mental health is because it was to hard to get rid of me the last time I was there and Dr. Draper MD let me hear Mr. Hoglund LCSW say that for myself and after Dr. Draper got off the phone he told me quote "your in need of mental health therapy for being sexually molested by a mental health therapist years ago. Your mentally ill & need intensive therapy and to be stabilized on medication and the Dr. told me quote "it shouldn't have anything to do with you being to hard to get rid of the last time you was there in mental health because you needed to be there just like you Do know to this day I am recieving a lot of retaliation threats and harassment I did file a 1983 on being sexually molested by that therapist in 1989 I filed it in 1991 and in 1993 this case # 2:91-cv-00726 and for being threatened and harassed and put on death row for a year and never did anything wrong and was told by investigators not to file anything in court or even a grievance and they would let me out in a year I filed a 1983 which never made it to the court I've filed grievances which have not came back or made it to the courts all of this can be proven and there are witnesses I was in Uintahs

3 Other rights being violated (include amendments as appropriate)

## D. INJURY

Describe how you were injured as a result of the claims herein: Dr. Burnham has shown anger and violence toward me and its in my grievances

Dr Burnham himself has caused me severe pain, suffering with regard to my lower back. I have fallen on numerous occasions and still have fresh scars on both legs I have reported it to Dr Burnham and I was never examined to this day it hurt so bad that I cant even sleep at night. He or is staff in Gymnasium have helped me with this at all I have asked if I could please get an up to date MRI done and was told flat out no also turned in med. Slip after Med slip on this problem but no help I have an MRI done in 2007 that clearly shows my back is really bad and they keep putting in my medical file nothing more to be done I had a neuro surgeon tell me on television I should get pain management and regular physical therapy I ask him if I could get physical therapy for my back and he told me no the physical therapist at the prison does not have the appropriate equipment to facilitate the proper cures I've been to him before and all he does is put a heating pad on my back and a tingent unit that shocks your muscles which doesn't work at all yet that's all they have its such. Dr. Egli on numerous occasions let officers read my mental health records. Mike Hoglund was mental health program director for a few yrs and since I filed a grievance on him he has done nothing but refuse me attempted mental health care. The head psychiatrist at the prison in Draper Dr Blavis for the past five yrs at least will ask me and others what we want as for our medication and he orders whatever we ask for to get high on and he things this because we are told him the prison refuses to this day to address and provide me with help with the side effects that disability has caused me from taking Seroquel for so many yrs. Dr. Burnham flatout refuses to help me with the neuropathy in my feet they hurt 24 hrs a day from this. I have all the records that will prove all of this I can also aquire statements from other inmates to the facts stated herein with regard to Dr. Blavis.

## E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

13. Plaintiff has not filed any other law suits in state or federal court dealing with the ~~same~~ facts involved in this action. But did file a 1983 law suit in this court in 1991 for forceable Sexual assault by a Mental health therapist, & cruel and unusual punishment & Threats from the Criminal Investigators Unit at the Utah State Prison, was stipulated out of court Settlement of $1600.00

14. Plaintiff has previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of herein to no avail.

## F. REQUEST FOR RELIEF

WHEREFORE, Plaintiff prays for the following relief:

(a) Trial by jury.

(b) That counsel be appointed to represent the Plaintiff in this action as he cant spell or read enough to give him a fair chance for Justice please.

c) Punitive damages in the amount of ? _____.

d) Compensatory damages in the amount of ? _____.

6

e)  Grant attorney fees and court costs for this action.

f)  Such other and further relief the court deems just and proper.

DATED this __1__ day of __FEB__, 20__18__

*Matt Killough*
Plaintiff, Attorney pro se

NOTARY PUBLIC
EDWARD E. CALLAHAN
672693
COMMISSION EXPIRES
MAY 8, 2018
STATE OF UTAH

7

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained therein is true and correct, and filed according to 28 U.S.C. Sec. 1976 and 18 U.S.C. Sec. 1621.

EXECUTED at Utah State Prison on FEB FEB, 2018

_____
Plaintiff

NOTARY PUBLIC
EDWARD E. CALLAHAN
672693
COMMISSION EXPIRES
MAY 8, 2018
STATE OF UTAH

8